IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Antonio C. Morales, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00580 |
| v. | : | |
| Franklin County Sheriff's Office, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER DISMISSING FOR WANT OF PROSECUTION**

Plaintiff Antonio C. Morales has failed to respond to defendant Ben Jones' May 15, 2014 motion for reconsideration of the Court's May 15, 2014.  He has also failed to respond to the Court's November 10, 2014 Order that he show cause why the case should not be dismissed for want of prosecution.

The Court received a July 11, 2014 letter from attorney Dennis McNamara informing the Court that the Ohio Supreme Court had suspended the law license of Mr. Morales' attorney. Mr. McNamara was appointed as Receiver to inventory Mr. Armengau's pending cases and to the extent possible, protect the interest of his clients. Mr. McNamara reported that he directed Mr. Morales to obtain new counsel as soon as possible. On September 3, 2014, the Court directed plaintiff to retain new counsel or file a statement that he intended to represent himself.  The Order was returned to the Court and marked "undeliverable."

My law clerk spoke to Mr. McNamara, who reported that he was informed by attorney Jennifer Coriell that she was going to represent plaintiff in this matter. Mr.

McNamara delivered plaintiff's files to Ms. Coriell. My law clerk left messages for Ms. Coriell on October 8, 15 and 27. Ms. Coriell did not return these calls. On November 10, 2014, I issued an Order to Show Cause and directed the Clerk of Court to mail a copy to both Mr. McNamara and Ms. Coriell.

Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution.  Rule 41(b), Fed. R. Civ. P.  *See, Link v. Wabash R. Co.,* 370 U.S. 626, 630-31 (1962).  S.D. Ohio Civil Rule 55.1(c).

The Clerk of Court is DIRECTED to mail a copy of this Order to Dennis McNamara, 88 East Broad Street, Suite 1350, Columbus, Ohio 4315 and Jennifer Coriell, 1900 Polaris Parkway, Suite 450, Columbus 43240.

                                                s/Mark R. Abel  
                                                United States Magistrate Judge